UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BODENSEE FUND, LLC, et al.**, | : | |
| | : | |
| Petitioners, | : | Civil Action No.: 07-3209 (MLC) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | ORDER |
| **DEPARTMENT OF THE TREASURY,** | : | |
| **INTERNAL REVENUE SERVICE** | : | |
| | : | |
| Respondent. | : | |
| | : | |

This matter having been opened to the Court upon Respondent's Motion to Enforce the IRS's Summonses and to Deny Petitioners' Petition to Quash [Docket Entry No. 11]; and the Court having fully considered the parties' submissions; and the Court having considered this matter pursuant to FED.R.CIV.P. 78; and for the reasons stated in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on this 30th day of September, 2008,

ORDERED that Respondent's Motion to Enforce the IRS's Summonses and to Deny Petitioners' Petition to Quash is GRANTED; and it is further

ORDERED that Petitioners shall respond to the IRS's Summonses by **October 17, 2008**; and it is further

ORDERED that the Clerk of the Court terminate this Motion [Docket Entry No. 11] accordingly.

                                              s/Tonianne J. Bongiovanni
                                      **HONORABLE TONIANNE J. BONGIOVANNI**
                                      **UNITED STATES MAGISTRATE JUDGE**